## Alonzo M. Griffen et al., copartners as Griffen Brothers, Plaintiffs in Error, v. City of Chicago Heights, Defendant in Error.

### Gen. No. 19,732.    (Not to be reported in full.)

Error to the County Court of Cook county; the Hon. ISAAC HUDSON, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1913. Reversed and judgment here. Opinion filed July 14, 1914. Rehearing denied July 28, 1914.

### Statement of the Case.

Action by Alonzo M. Griffen and Zeno T. Griffen, copartners doing business as Griffen Brothers, against

*See Illinois Notes Digest, Vols XI to XV, and Cumulative Quarterly, same topic and section number.

City of Chicago Heights to recover for certain short-hand work done and for $5.60 expended for railroad fare, amounting in all to $115.10. The case was tried by the court without a jury which resulted in a finding in favor of defendant. To reverse a judgment entered on the finding, plaintiffs appeal.

ALONZO M. GRIFFEN, for plaintiffs in error.

EARL E. SMITH, for defendant in error.

MR. JUSTICE GRIDLEY delivered the opinion of the court.

### Abstract of the Decision.

MUNICIPAL CORPORATIONS, § 158*—*when liable for stenographer's fees*. Where a corporation counsel employs a stenographer to report certain meetings in regard to a controversy between the mayor and certain aldermen on the one hand and certain aldermen and the corporation counsel on the other, relative to the abolishment and reorganization of the board of local improvement, *held* the city was liable for such fees though the mayor refused to sign a warrant for the same, where upon the rendition of the bill for said fees the same was approved by the finance committee ·and allowed by the city council.